IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

GEORGE WASHINGTON WHITE, JR.,     *

           Petitioner,     *

v.     Case No. 1:21-CV-143(LAG)

    *

SHERIFF KEVIN R. SPROUL,

    *

           Respondent.

    *

## JUDGMENT

Pursuant to this Court's Order dated January 31, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 31st day of January, 2022.

                                               David W. Bunt, Clerk

                                               s/ S. B. DeCesare, Deputy Clerk